B6A (Official Form 6A) (12/07)

IN RE **Homsey, George  Jr.**                                          Case No. **1:12-bk-11976**
_____
                    Debtor(s)                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Investment property 100 Tell Street, Providence, RI in the name of Elevated Investments, Inc. Value based on comparative market analysis dated January 17, 2012. Sales offer $87,000.** | **Corporate (Elevated Investments, Inc.)** | | **95,300.00** | **103,196.59** |
| **Investment property 102 - 104 Rosedale, Providence, RI. Value is average of range in comparative market analysis dated November 16, 2011. 3 Family property.** | **Individual** | | **116,300.00** | **123,318.00** |
| **Investment property 15 Ward Street, Woonsocket, RI Value is based on comparative market analysis dated January 19, 2012. 4 Units. Sales offer $120,000 less seller credits of $10,000.** | **Individual** | **H** | **123,000.00** | **143,522.85** |
| **Investment property 242-246 Burnside Avenue, Woonsocket, RI Foreclosure started - poor condition.  Property foreclosure may have occurred. Building is vacant. 4 Units.** | **Individual** | **H** | **40,000.00** | **185,833.00** |
| **Investment property 279 Laurel Hill, Providence, RI 2 Units. Value is highest previous offer in 2011.** | **Individual** | | **100,000.00** | **100,129.00** |
| **Investment property 78 Vanderwater St., Providence, RI 50% Shareholder G&C Properties, LLC. 2 Units. BPO January 26, 2012. Controlled by other member of LLC.** | **1/2 interest** | | **63,000.00** | **75,000.00** |
| **Investment property112-122 Julian St., Providence, RI 50% Shareholder G&C Properties, LLC. 10 Units. BPO January 29, 2012 $165,700 per parcel. (2 lots) (controlled by other member of LLC.)** | **1/2 interest** | | **331,400.00** | **310,000.00** |
| **Residence at: Marissa Circle<br> 9 Marissa Cir<br> Attleboro, MA  02703-1927<br>January 30, 2012 Zillow.com value** | **Individual** | | **350,600.00** | **676,045.27** |

|  | **TOTAL** | **1,219,600.00** |
|---|---|---|

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Homsey, George  Jr.**                                        Case No. **1:12-bk-11976**
_____
Debtor(s)                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank - Business Green Checking Account #774-7 Balance as of March 31, 2012** | | **40.00** |
| | | **Citizens Bank - Business Partners Checking III Account #196-1 George Homsey Jr DBA D & G Painting & Home Improvement. Overdraft. Closed by bank April 17, 2012.** | J | **0.00** |
| | | **Citizens Bank - Circle Gold Checking w/Interest Account #321-3 George Homsey Jr Deidra M Homsey** | J | **393.86** |
| | | **Citizens Bank - Circle Gold Money Market Account #332-3 George Homsey Jr Deidra M Homsey** | J | **0.00** |
| | | **Citizens Bank - Circle Gold Savings Account #1129 George Homsey Jr Deidra M Homsey** | J | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods** | J | **3,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc** | J | **200.00** |
| 6.  Wearing apparel. | | **Wearing apparel** | | **500.00** |
| 7.  Furs and jewelry. | | **Jewelry** | | **200.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Misc** | | **100.00** |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Homsey, George  Jr.**                                                      Case No. **1:12-bk-11976**
_____
Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder of Elevated Investments, Inc. Asset is real estate located at 100 Tell Street, Providence, RI - No equity. See Schedule A.** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% Shareholder of G&C Properties, LLC. Assets consist of:** **-78 Vanderwater Street, Providence, RI** **-112-122 Julian Street, Providence, RI** **No equity expected. See Schedule A.** | | **0.00** |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Debtor has many unpaid rent claims which are not considered collectable, estimated** | | **2,000.00** |
| | | **Negotiable Promissory note secured by real estate at 529 Union Ave, Providence, RI. Lien is in second position. Real estate is worth approximately $90,000, subject to mortgage of approximately $80,000.** | | **3,500.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

Case No. **1:12-bk-11976**

IN RE **Homsey, George  Jr.**

Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **Automobile- 1972 Chevrolet Camaro, partially restored.** | | 7,500.00 |
| | | **Automobile- 2003 Dodge Ram 1500** | | 3,340.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Construction tools, equipment** | | 3,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 24,373.86 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Homsey, George  Jr.**
_____
Debtor(s)

Case No. **1:12-bk-11976**
_____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Investment property112-122 Julian St., Providence, RI** **50% Shareholder G&C Properties, LLC. 10 Units. BPO January 29, 2012 $165,700 per parcel. (2 lots) (controlled by other member of LLC.)** | GL § 7-12-36(b)(3) | 21,400.00 | 331,400.00 |
| **Residence at: Marissa Circle** **9 Marissa Cir** **Attleboro, MA  02703-1927** **January 30, 2012 Zillow.com value** | GL § 9-26-4.1 | 37,429.61 | 350,600.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | GL § 9-26-4(16) | 100.00 | 100.00 |
| **Citizens Bank - Business Green Checking Account #774-7** **Balance as of March 31, 2012** | GL § 9-26-4(16) | 40.00 | 40.00 |
| **Citizens Bank - Circle Gold Checking w/Interest Account #321-3** **George Homsey Jr** **Deidra M Homsey** | GL § 9-26-4(16) | 393.86 | 393.86 |
| **Household goods** | GL § 9-26-4(3) | 3,500.00 | 3,500.00 |
| **Misc** | GL § 9-26-4(4) | 200.00 | 200.00 |
| **Wearing apparel** | GL § 9-26-4(1) | 500.00 | 500.00 |
| **Jewelry** | GL § 9-26-4(14) | 200.00 | 200.00 |
| **Misc** | GL § 9-26-4(3) | 100.00 | 100.00 |
| **100% shareholder of Elevated Investments, Inc. Asset is real estate located at 100 Tell Street, Providence, RI - No equity. See Schedule A.** | GL § 9-26-4(16) | 100% | 0.00 |
| **50% Shareholder of G&C Properties, LLC. Assets consist of:** **-78 Vanderwater Street, Providence, RI** **-112-122 Julian Street, Providence, RI** **No equity expected. See Schedule A.** | GL § 9-26-4(16) | 100% | 0.00 |
| **Debtor has many unpaid rent claims which are not considered collectable, estimated** | GL § 9-26-4(16) | 2,000.00 | 2,000.00 |
| **Negotiable Promissory note secured by real estate at 529 Union Ave, Providence, RI. Lien is in second position. Real estate is worth approximately $90,000, subject to mortgage of approximately $80,000.** | GL § 9-26-4(7) | 3,500.00 | 3,500.00 |
| **Automobile- 1972 Chevrolet Camaro, partially restored.** | GL § 9-26-4(13) | 7,500.00 | 7,500.00 |
| **Automobile- 2003 Dodge Ram 1500** | GL § 9-26-4(13) | 3,340.00 | 3,340.00 |
| **Construction tools, equipment** | GL §  9-26-4(2) GL § 9-26-4(16) | 1,500.00 1,500.00 | 3,000.00 |

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Homsey, George  Jr.**                                             Case No. **1:12-bk-11976**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>**Bank Rhode Island**<br>**PO Box 9488**<br>**Providence, RI  02940-9488** | X | | **Personal guaranty of mortgage on 112-122 Julian St Providence, RI. in name of G & C Properties, LLC.**<br><br>VALUE $ **331,400.00** | | | | 310,000.00 | |
| ACCOUNT NO. **XXXX**<br><br>**Creative Development Associates, LLC**<br>**Dba JEMS Financial**<br>**910 Boston Post Rd Ste 310**<br>**Marlborough, MA  01752-3762** | X | | **Personal guaranty of mortgage on 100 Oaklawn Ave, Cranston, RI.**<br>**In name of Elevated Investments, Inc.**<br><br>VALUE $ | | | | 213,585.33 | 213,585.33 |
| ACCOUNT NO. **XXXX**<br><br>**Creative Development Associates, LLC**<br>**Dba JEMS Financial**<br>**910 Boston Post Rd Ste 310**<br>**Marlborough, MA  01752-3762** | X | | **Personal guaranty of mortgage on 100 Tell St, Providence, RI.**<br>**In name of Elevated Investments, Inc.**<br><br>VALUE $ **95,300.00** | | | | 103,196.59 | 7,896.59 |
| ACCOUNT NO. **XXXX**<br><br>**Creative Development Associates, LLC**<br>**Dba JEMS Financial**<br>**910 Boston Post Rd Ste 310**<br>**Marlborough, MA  01752-3762** | X | | **Mortgage on 15 Ward St, Woonsocket, RI.**<br><br>VALUE $ **123,000.00** | | | | 143,522.85 | 20,522.85 |

_____ **3** continuation sheets attached

Subtotal
(Total of this page) $ **770,304.77**   $ **242,004.77**

Total
(Use only on last page) $ ____   $ ____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Homsey, George Jr.**                                                                 Case No. **1:12-bk-11976**
_____                                          _____
         Debtor(s)                                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX** <br><br>**Domenic Lombardi Realty, Inc.** <br>**88 W Warwick Ave** <br>**West Warwick, RI  02893-3871** | X | | **Mortgage on 102 Rosedale St, Providence, RI.** <br><br><br>VALUE $ **116,300.00** | | | | **123,318.00** | **7,018.00** |
| ACCOUNT NO. **XXXX** <br><br>**Domenic Lombardi Realty, Inc.** <br>**88 W Warwick Ave** <br>**West Warwick, RI  02893-3871** | X | | **Mortgage on 279 Laurel Hill Ave, Providence, RI.** <br><br><br>VALUE $ **100,000.00** | | | | **100,129.00** | **129.00** |
| ACCOUNT NO. **7954** <br><br>**Eric V. Sempes-Rondon** <br>**94 Logan St** <br>**Warwick, RI  02889-9732** | | | **Sixth Division District Court, Providence, RI** <br>**Judicial Lien filed April 12, 2011.** <br><br>VALUE $ **350,600.00** | | | | **968.39** | |
| ACCOUNT NO. **4397** <br><br>**Everhome Mortgage Co** <br>**8100 Nations Way** <br>**Jacksonville, FL  32256-4405** | | H | **First mortgage account opened 7/05** <br>**9 Marissa Cir, Attleboro, MA  02703-1927** <br><br>VALUE $ **350,600.00** | | | | **305,866.00** | |
| ACCOUNT NO. <br><br>**Freedom National Bank** <br>**584 Putnam Pike** <br>**Greenville, RI  02828-1498** | X | | **Personal guaranty of mortgage on 78 Vanderwater St, Providence, RI.** <br><br><br>VALUE $ **63,000.00** | | | | **75,000.00** | **12,000.00** |
| ACCOUNT NO. **9000** <br><br>**Pnc Bank, Na- Visa** <br>**4661 E Main St** <br>**Columbus, OH  43213-3298** | | H | **Second mortgage account opened 4/06** <br>**9 Marissa Cir, Attleboro, MA  02703-1927** <br><br>VALUE $ **350,600.00** | | | | **6,336.00** | |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   $ **611,617.39**   $ **19,147.00**

Total (Use only on last page)   $                    $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Homsey, George  Jr.**                                              Case No. **1:12-bk-11976**
_____                              _____
              Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3700** <br><br>**Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | | | **Deficiency balance - Foreclosure properties 87 Barstow Street, Providence, RI and 122 Eliza Street, Providence, RI**<br>**Bristol Superior Court, 9 Court St, Taunton MA 02780**<br>**2011-751-C**<br>**Attachment recorded August 25, 2011.**<br><br>VALUE $ **350,600.00** | | | X | **50,933.36** | **13,503.75** |
| ACCOUNT NO. <br><br>**Daniel E Burgoyne, Esquire**<br>**10 Weybosset St 8th Fl**<br>**Providence, RI  02903-2818** | | | **Assignee or other notification for:**<br>**Rockland Trust Company**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **9400** <br><br>**Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | | | **Deficiency balance - Foreclosure properties 161-163 Hudson Street, Providence, RI; 35 Gifford Street,Providence, RI; 36 Gifford Street, Providence, RI; and 661 Manton Street, Providence, RI**<br>**Bristol Superior Court, 9 Court St, Taunton MA 02780**<br>**2011-751-C**<br>**Attachment recorded August 25, 2011.**<br><br>VALUE $ **350,600.00** | | | X | **159,253.43** | **159,253.43** |
| ACCOUNT NO. <br><br>**Daniel E Burgoyne, Esquire**<br>**10 Weybosset St 8th Fl**<br>**Providence, RI  02903-2818** | | | **Assignee or other notification for:**<br>**Rockland Trust Company**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **1200** <br><br>**Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | | | **Deficiency balance - Foreclosure properties 66 Laban Street, Providence, RI; 32 Gifford Street,Providence, RI; 15 Heath Street, Providence, RI; and 54 Bennett Street, Woonsocket, RI**<br>**Bristol Superior Court, 9 Court St, Taunton MA 02780**<br>**2011-751-C**<br>**Attachment recorded August 25, 2011.**<br><br>VALUE $ **350,600.00** | | | X | **152,688.09** | **152,688.09** |
| ACCOUNT NO. <br><br>**Daniel E Burgoyne, Esquire**<br>**10 Weybosset St 8th Fl**<br>**Providence, RI  02903-2818** | | | **Assignee or other notification for:**<br>**Rockland Trust Company**<br><br><br>VALUE $ | | | | | |

Sheet no.     **2** of     **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |  |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **362,874.88** | $ **325,445.27** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Homsey, George  Jr.**                                                  Case No. **1:12-bk-11976**
_____                                      _____
                    Debtor(s)                                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3218**<br>**Sun Trust Mortgage**<br>**PO Box 79041**<br>**Baltimore, MD  21279-0041** | | H | **First mortgage account opened 2/06 242-246 Burnside Ave., Woonsocket, RI 02895**<br><br>VALUE $ **40,000.00** | | | | **185,833.00** | **145,833.00** |
| ACCOUNT NO.<br>**Partridge Snow & Hahn**<br>**2364 Post Rd Ste 100**<br>**Warwick, RI  02886-2232** | | | **Assignee or other notification for: Sun Trust Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **3473**<br>**Sun Trust Mortgage**<br>**PO Box 79041**<br>**Baltimore, MD  21279-0041** | | | **Second mortgage - Investment property 242-246 Burnside Avenue, Woonsocket, RI Foreclosure started -arrearage $5,126.64**<br><br>VALUE $ | | | | **20,225.35** | **20,225.35** |
| ACCOUNT NO.<br>**Partridge Snow & Hahn**<br>**2364 Post Rd Ste 100**<br>**Warwick, RI  02886-2232** | | | **Assignee or other notification for: Sun Trust Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      $ **206,058.35**   $ **166,058.35**

Total
(Use only on last page)   $ **1,950,855.39**   $ **752,655.39**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Homsey, George  Jr.**                                                    Case No. **1:12-bk-11976**
_____                          _____
Debtor(s)                                                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed Schedules. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Homsey, George  Jr.**

_____
                    Debtor(s)                                    (If known)

Case No. **1:12-bk-11976**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1373**<br><br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX  79998-1537** | | H | **Open account opened 2/06** | | | | **160.00** |
| ACCOUNT NO. **9952**<br><br>**AT&T Mobility**<br>**PO Box 536206**<br>**Atlanta, GA  30353-6206** | | | **Cell phone** | | | | **932.36** |
| ACCOUNT NO.<br><br>**Collection Company Of America**<br>**700 Longwater Dr**<br>**Norwell, MA  02061-1624** | | | **Assignee or other notification for:**<br>**AT&T Mobility** | | | | |
| ACCOUNT NO. **0472**<br><br>**Attleboro Fire Department**<br>**100 Union St**<br>**Attleboro, MA  02703-2905** | | | **Medical bill** | | | | **574.00** |

**5** continuation sheets attached

Subtotal
(Total of this page) $ **1,666.36**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Homsey, George  Jr.**                                                       Case No. **1:12-bk-11976**
_____                            _____
            Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4641** <br><br>**Chase Bank Usa, Na**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | H | **Revolving account opened 7/99** | | | | **11,189.00** |
| ACCOUNT NO. <br><br>**Zwicker & Associates, P.C.**<br>**200 Minuteman Rd Ste 202**<br>**Andover, MA  01810-1008** | | | **Assignee or other notification for:**<br>**Chase Bank Usa, Na** | | | | |
| ACCOUNT NO. **3213** <br><br>**Citizens Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3019** | | H | **Revolving account opened 12/99**<br>**Overdraft line of credit** | | | | **725.94** |
| ACCOUNT NO. **3870** <br><br>**Dell Financial Services**<br>**Attn Bankruptcy Department**<br>**PO Box 81577**<br>**Austin, TX  78708-1577** | | | | | | | **646.47** |
| ACCOUNT NO. **XXXX** <br><br>**Domenic Lombardi Realty, Inc.**<br>**88 W Warwick Ave**<br>**West Warwick, RI  02893-3871** | X | | **Personal guaranty of mortgage on 10 Brook St, North Providence, RI.**<br>**In name of Elevated Investments, Inc.**<br>**Property sold on March 15, 2012.** | | | | **98,000.00** |
| ACCOUNT NO. **0699** <br><br>**Eric Chin**<br>**5 Great Acres Dr**<br>**Hanover, MA  02339-2470** | | | **Small Claims Session, Quincy District Court, Quincy, MA**<br>**C.A. No.: 1256SC000699**<br>**Judgment** | | | | **1,047.82** |
| ACCOUNT NO. <br><br>**Michael Szymanski, Esquire**<br>**277 Newport Ave**<br>**Quincy, MA  02170-1736** | | | **Assignee or other notification for:**<br>**Eric Chin** | | | | |

Sheet no. ___**1**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **111,609.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Homsey, George  Jr.**
_____
Debtor(s)

Case No. **1:12-bk-11976**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0824**<br>**Gemb/walmart**<br>**PO Box 981400**<br>**El Paso, TX  79998-1400** | | H | Revolving account opened 12/10 | | | | 689.00 |
| ACCOUNT NO. **8398**<br>**LBPS**<br>**PO Box 7162**<br>**Pasadena, CA  91109-7162** | | | Deficiency balance - 383 381 Pond Street, Woonsocket, RI.<br>Sold at foreclosure. - Originally Chase $179,002.66 - without credit for foreclosure sale proceeds. | | | X | 179,002.66 |
| ACCOUNT NO.<br>**Massachusetts Department Of Revenue**<br>**PO Box 7065**<br>**Boston, MA  02204-7065** | | | Child support assigned claim | | | | 1,500.00 |
| ACCOUNT NO. **1244**<br>**Massachusetts Department Of Revenue**<br>**PO Box 7065**<br>**Boston, MA  02204-7065** | | | Tax levy | | | | 2,171.48 |
| ACCOUNT NO. **6029**<br>**Narragansett Electric d/b/aNational Grid**<br>**Bankruptcy Dept. C-3**<br>**PO Box 10469**<br>**Woburn, MA  01807-0001** | | | | | | | 1,388.95 |
| ACCOUNT NO.<br>**Mercantile Adjustment Bureau, LLC**<br>**PO Box 9054**<br>**Buffalo, NY  14231-9054** | | | Assignee or other notification for:<br>Narragansett Electric d/b/aNational Grid | | | | |
| ACCOUNT NO. **6895**<br>**National Grid**<br>**Bankruptcy Dept. C-3**<br>**PO Box 10469**<br>**Woburn, MA  01807-0001** | | H | Open account opened 3/10 | | | | 628.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **185,380.09**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Homsey, George  Jr.**                                             Case No. **1:12-bk-11976**
_____                                   _____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stevens Business Services**<br>**92 Bolt St Ste 3 # 1233**<br>**Lowell, MA  01852-5316** | | | Assignee or other notification for:<br>National Grid | | | | |
| ACCOUNT NO. **6179**<br>**National Grid**<br>**Bankruptcy Dept. C-3**<br>**PO Box 10469**<br>**Woburn, MA  01807-0001** | | H | Unknown account opened 12/10 | | | | **4,002.20** |
| ACCOUNT NO.<br>**Stevens Business Services**<br>**92 Bolt St Ste 3 # 1233**<br>**Lowell, MA  01852-5316** | | | Assignee or other notification for:<br>National Grid | | | | |
| ACCOUNT NO. **2910**<br>**Paypal Inc**<br>**C/O Ers**<br>**800 SW 39th St**<br>**Renton, WA  98057-4975** | | | | | | | **747.64** |
| ACCOUNT NO. **3100**<br>**Rbs Citizens Na**<br>**1000 Lafayette Blvd**<br>**Bridgeport, CT  06604-4725** | | H | Revolving account opened 7/07 | | | | **9,686.84** |
| ACCOUNT NO.<br>**Mercantile Adjustment Bureau, LLC**<br>**PO Box 9054**<br>**Buffalo, NY  14231-9054** | | | Assignee or other notification for:<br>Rbs Citizens Na | | | | |
| ACCOUNT NO.<br>**Richard J. Boudreau & Associates Llc**<br>**5 Industrial Way**<br>**Salem, NH  03079-4866** | | | Assignee or other notification for:<br>Rbs Citizens Na | | | | |

Sheet no. _____**3**___ of ____**5**____ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                     (Total of this page) | $ | **14,436.68**

                                                                                        Total
                              (Use only on last page of the completed Schedule F. Report also on
                              the Summary of Schedules, and if applicable, on the Statistical
                              Summary of Certain Liabilities and Related Data.)  | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Homsey, George  Jr.                                                      Case No. **1:12-bk-11976**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>**Sovereign Bank**<br>**1130 Berkshire Blvd**<br>**Reading, PA  19610-1242** | | | **Safe deposit fee. Debtor requested cancellation many years ago.** | | | | **70.00** |
| ACCOUNT NO. **0390**<br>**Sturdy Memorial Hospital**<br>**211 Park Ave**<br>**PO Box 2963**<br>**Attleboro, MA  02703-0963** | | | **Medical bill** | | | | **1,292.56** |
| ACCOUNT NO. **2586**<br>**Sturdy Memorial Hospital**<br>**211 Park Ave**<br>**PO Box 2963**<br>**Attleboro, MA  02703-0963** | | | **Medical bill** | | | | **1,004.72** |
| ACCOUNT NO. **1754**<br>**Sturdy Memorial Hospital**<br>**211 Park Ave**<br>**PO Box 2963**<br>**Attleboro, MA  02703-0963** | | | **Medical bill** | | | | **472.42** |
| ACCOUNT NO. **0356**<br>**Thd/citibank Cbna**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117-6497** | | H | **Revolving account opened 1/07** | | | | **19,950.00** |
| ACCOUNT NO.<br>**Cbe Group**<br>**131 Tower Park Dr Ste 100**<br>**Waterloo, IA  50701-9374** | | | **Assignee or other notification for:**<br>**Thd/citibank Cbna** | | | | |
| ACCOUNT NO. **0970**<br>**Verizon New England In**<br>**500 Technology Dr**<br>**Weldon Spring, MO  63304-2225** | | H | **Open account opened 10/06** | | | | **282.00** |

Sheet no.     **4** of     **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ **23,071.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Homsey, George  Jr.**                                          Case No. **1:12-bk-11976**
_____                    _____
            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3870** <br> **Web Bank/dfs** <br> **One Dell Way** <br> **Round Rock, TX  78682-7000** | | H | **Revolving account opened 10/08** | | | | **646.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                $  **646.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $  **336,810.06**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Homsey, George  Jr.**

Case No. **1:12-bk-11976**
<div align="center">Debtor(s)</div>
<div align="right">(If known)</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| . | **All tenants are month to month** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Homsey, George  Jr.**

<div align="right">Case No. **1:12-bk-11976**</div>

Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brian Cavallaro**<br>**48 Mulberry Rd**<br>**Bristol, RI  02809-1344** | **Bank Rhode Island**<br>**PO Box 9488**<br>**Providence, RI  02940-9488**<br><br>**Freedom National Bank**<br>**584 Putnam Pike**<br>**Greenville, RI  02828-1498** |
| **Elevated Investments, Inc.**<br>**311 Angell St**<br>**Providence, RI  02906-3204** | **Domenic Lombardi Realty, Inc.**<br>**88 W Warwick Ave**<br>**West Warwick, RI  02893-3871**<br><br>**Domenic Lombardi Realty, Inc.**<br>**88 W Warwick Ave**<br>**West Warwick, RI  02893-3871**<br><br>**Domenic Lombardi Realty, Inc.**<br>**88 W Warwick Ave**<br>**West Warwick, RI  02893-3871**<br><br>**Creative Development Associates, LLP**<br>**Dba JEMS Financial**<br>**910 Boston Post Rd Ste 310**<br>**Marlborough, MA  01752-3762**<br><br>**Creative Development Associates, LLP**<br>**Dba JEMS Financial**<br>**910 Boston Post Rd Ste 310**<br>**Marlborough, MA  01752-3762**<br><br>**Creative Development Associates, LLP**<br>**Dba JEMS Financial**<br>**910 Boston Post Rd Ste 310**<br>**Marlborough, MA  01752-3762** |
| **G&C Properties, LLC**<br>**311 Angell St**<br>**Providence, RI  02906-3204** | **Bank Rhode Island**<br>**PO Box 9488**<br>**Providence, RI  02940-9488**<br><br>**Freedom National Bank**<br>**584 Putnam Pike**<br>**Greenville, RI  02828-1498** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Homsey, George  Jr.**                                              Case No. **1:12-bk-11976**
_____                         _____
                        Debtor(s)                                               (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): **Child** | | AGE(S): **7** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Management** | **Dog Training** |
| Name of Employer | **Self Employed** | **Self** |
| How long employed | **7 years** | **1 months** |
| Address of Employer | **9 Marissa Cir** | **9 Marissa Cir** |
| | **Attleboro, MA  02703-1927** | **Attleboro, MA  02703-1927** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| **3. SUBTOTAL** | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (specify) | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) **Construction Income** | $ 2,128.58 | $ 0.00 |
| **Dog Walking** | $ 0.00 | $ 800.00 |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 2,128.58 | $ 800.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 2,128.58 | $ 800.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 2,928.58

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Homsey, George  Jr.**                                                    Case No. **1:12-bk-11976**
_____                          _____
             Debtor(s)                                                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,200.00 |
| a. Are real estate taxes included?    Yes  ✓   No ____ | | |
| b. Is property insurance included?  Yes  ✓   No ____ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 175.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **Cable / Telephone/ Internet** | $ | 325.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 260.00 |
| e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Auto Taxes** | $ | 25.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **Spouse Car Loan** | $ | 275.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 473.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.                    $ _____ 5,208.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Debtor does not have health insurance.**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,928.58 |
| b. Average monthly expenses from Line 18 above | $ | 5,208.00 |
| c. Monthly net income (a. minus b.) | $ | -2,279.42 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                          Case No. **1:12-bk-11976**

Homsey, George  Jr.                                            Chapter **7**
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,219,600.00 | | |
| B - Personal Property | Yes | 3 | $ 24,373.86 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 1,950,855.39 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 336,810.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,928.58 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,208.00 |
| TOTAL | | 20 | $ 1,243,973.86 | $ 2,287,665.45 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                     Case No. **1:12-bk-11976**

Homsey, George  Jr.                                                        Chapter **7**
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

IN RE <u>Homsey, George  Jr.</u>                                          Case No. <u>**1:12-bk-11976**</u>
<div align="center">Debtor(s)                                                                        (If known)</div>

<div align="center">

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

</div>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 25, 2012** _____        Signature: _**/s/ George Homsey, Jr.**_____
<div align="right">Debtor</div>
                                        **George Homsey, Jr.**

Date: _____        Signature: _____
<div align="right">(Joint Debtor, if any)</div>
<div align="right">[If joint case, both spouses must sign.]</div>

---

<div align="center">

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

</div>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

<div align="center">

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

</div>

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

_____
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*</div>

<div align="center">*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.</div>

<div style="writing-mode: vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                                                  Case No. **1:12-bk-11976**

Homsey, George  Jr.                                                                      Chapter **7**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE
14,100.00   **2012 - Real Estate $1,000; Construction $13,100.**

91,777.10   **2011 - Gross income from sale of properties**

114,918.00   **2010 - Combined Adjusted Gross Income**

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE
0.00   **2012**

0.00   **2011 - No tax refund expected.**

3,319.00   **2010 - Federal Tax Refund**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None   ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   ☐   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     * *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Creative Development Associates, LLP Dba JEMS Financial 910 Boston Post Rd Ste 310 Marlborough, MA 01752-3762** | **April 4, 2012 - Paid off mortgage from sale of 100 Oaklawn Ave, Cranston, RI.** | **202,209.01** | **0.00** |
| **Domenic Lombardi Realty, Inc. 88 W Warwick Ave West Warwick, RI 02893-3871** | **March 15, 2012** | **0.00** | **0.00** |

None   ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rockland Trust Company v. George Homsey, Jr./C.A. # 2011-751-C** | **Collection** | **Bristol Superior Court, 9 Court St, Taunton MA 02780 2011-751-C** | **Pending** |
| **Eric V Sempes-Rondon v. George Homsey/ CA 2010-07954** | **Collection** | **Sixth Division District Court, Providence, RI** | |
| **Eric Chin v. George Homsey, Jr. C.A. No.: 1256SC000699** | **Breach of Contract** | **Small Claims Session, Quincy District Court, One Dennis Ryan Pkwy, Quincy, MA 02169** | **Judgment** |

None   ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Massachusetts Department Of Revenue PO Box 7065 Boston, MA 02204-7065** | **October, 2011** | **Attachment of 2010 tax refund for child support** |
| **Massachusetts Department Of Revenue PO Box 7065 Boston, MA 02204-7065** | **April 5, 2012** | **Tax levy on all Citizens Bank Accounts. Approximately $2,000.** |
| **Rockland Trust Company 288 Union St Rockland, MA 02370-1803** | **August 25, 2011** | **Real estate attachment on 9 Marissa Circle, Attleboro, MA.** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LBPS**<br>**PO Box 7162**<br>**Pasadena, CA  91109-7162** | **2011** | **Foreclosure**<br>**383-381 Pond Street**<br>**Woonsocket, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**87 Barstow Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**161-163 Hudson Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**66 Laban Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**122 Eliza Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**35 Gifford Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**36 Gifford Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**661 Manton Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**32 Gifford Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**15 Heath Street**<br>**Providence, RI** |
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **2011** | **Foreclosure**<br>**54 Bennett Street**<br>**Woonsocket, RI** |
| **Sun Trust Mortgage**<br>**PO Box 79041**<br>**Baltimore, MD  21279-0041** | **2011** | **Foreclosure**<br>**242-246 Burnside Ave**<br>**Woonsocket, RI** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

<table>
<tr><td>None ☐</td><td colspan="2">List all losses from fire, theft, other casualty or gambling within <strong>one year</strong> immediately preceding the commencement of this case <strong>or since the commencement of this case.</strong> (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)</td></tr>
</table>

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **123 Burnett Street, Providence, RI** | **Fire - Insurance proceeds $9,000. Used to fix house.** | **June, 2011** |
| **10 Brook Street, North Providence Rhode Island** | **Burglary and vandalism damage January 2012. Theft of copper piping and damage to basement, boiler and structure. Insurance declined coverage.** | **January 2012** |

**Insurance company has denied coverage based upon theft exclusion.**

**9. Payments related to debt counseling or bankruptcy**

<table>
<tr><td>None ☐</td><td colspan="2">List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within <strong>one year</strong> immediately preceding the commencement of this case.</td></tr>
</table>

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Raskin & Berman 116 E Manning St Providence, RI  02906-4310** | **August 4, 2011** | **5,000.00** |
| **Raskin & Berman 116 E Manning St Providence, RI  02906-4310** | **April 16, 2012** | **2,000.00** |
| **Raskin & Berman 116 E Manning St Providence, RI  02906-4310** | **May 3, 2012** | **1,800.00** |

**10. Other transfers**

<table>
<tr><td>None ☐</td><td colspan="2">a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within <strong>two years</strong> immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)</td></tr>
</table>

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **. 1090 Smith St Providence, RI  02908-2738 Joint** | **March 4, 2011** | **1090 Smith Street Providence, RI Sales price $255,000 Net $7,555.00** |
| **. 697 Jepson Ln Middletown, RI  02842-4607 Joint** | **April 4, 2011** | **697 Jepson Lane Middletown, RI Sales price $374,000 Net $33,015.00 (from $93,608.99)** |
| **. 529 Union Ave Providence, RI  02909-4809** | **May 27, 2011** | **529 Union Ave Providence, RI Sales price $84,000 Net $18,073.00** |
| **. 47 Paradis Ave Woonsocket, RI  02895-4606** | **June 28, 2011** | **47 Paradis Ave Woonsocket, RI Net $10,485.77 (price $90,000)** |
| **. 123 Burnett St Providence, RI  02907-2941 Elevated Investments, Inc.** | **October 21, 2011** | **Investment Property 123 Burnett St, Providence, RI Net $14,964.98 (Sold for $110,000)** |
| **. 233 Pearl St Providence, RI  02907-1314 Elevated Investments, Inc.** | **October 17, 2011** | **Investment property 233 Pearl St, Providence, RI Net $7,683.35 (Sold for $95,000)** |
| **10 Brook Street** | **March 15, 2012** | **In name of Elevated Investments,** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

East Providence, RI  02914

| Jorge & Alyssa Alvarado | April 4, 2012 | Inc. Sales price $114,000. |
| 100 Oaklawn Ave | | 100 Oaklawn Ave |
| Cranston, RI  02920-9303 | | Cranston, RI |
| Elevated Investments, Inc. | | Sales price $232,000. No cash proceeds. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citizens Bank** | **Checking account #196-1** | **No balance. Closed April 17, 2012.** |
| **1 Citizens Dr** | | |
| **Riverside, RI  02915-3019** | | |

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Sovereign Bank** | | **No contents.** | |
| **1130 Berkshire Blvd** | | | |
| **Reading, PA  19610-1242** | | | |

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Elevated Investments, Inc.** | **Operating account.** | **Citizens Bank Commercial** |
| **311 Angell St** | **$40.00** | **Account #774-7** |
| **Providence, RI  02906-3204** | | |

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|:--:|:--|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|:--:|:--|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|:--:|:--|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|:--:|:--|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|:--|:--|:--|:--|:--|
| **Elevated Investments, Inc.** | **100% Shares** | **311 Angell St Providence, RI  02906-3204** | **Real estate holding company** | **April 13, 2011 - Present** |
| **G&C Properties, LLC** | **50% Member** | **311 Angell St Providence, RI  02906-3204** | **Real estate holding company** | **October 28, 2008 - Present** |
| **Dba D&G Painting & Home Improvement** | **Sole Proprietorship** | **9 Marissa Cir Attleboro, MA  02703-1927** | **Construction** | **2000 - Present** |

| None | |
|:--:|:--|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bk Financial Services, Llc**<br>**875 Oaklawn Ave Ste A-3**<br>**Cranston, RI 02920-2826** | **2006 to present** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

**Bk Financial Services, Llc**
**875 Oaklawn Ave Ste A-3**
**Cranston, RI 02920-2826**

**George Homsey Jr.**
**9 Marissa Cir**
**Attleboro, MA 02703-1927**

**Chip Cavallaro**                    **Re: G&C Properties, LLC**
**48 Mulberry Rd**
**Bristol, RI 02809-1344**

**Bernard Klimaj**
**BK Financial Services LLC**
**875 Oaklawn Ave Ste B-3**
**Cranston, RI 02920-2826**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Rockland Trust Company**<br>**288 Union St**<br>**Rockland, MA 02370-1803** | **2009** |

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June 25, 2012** _____   Signature  ***/s/ George Homsey, Jr.*** _____
                                              of Debtor                                    **George Homsey, Jr.**

Date: _____   Signature  _____
                                              of Joint Debtor
                                              (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                             Case No. <u>1:12-bk-11976</u>

Homsey, George  Jr.                                    Chapter <u>7</u>
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank Rhode Island** | **Describe Property Securing Debt:**<br>**Investment property112-122 Julian St., Providence, RI** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **negotiate with creditor** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Creative Development Associates, LLP** | **Describe Property Securing Debt:**<br>**Investment property 100 Tell Street, Providence, RI in the na** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>. | **Describe Leased Property:**<br>**All tenants are month to month** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**4** continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____**June 25, 2012**_____    */s/ George Homsey, Jr.*_____
                                                              Signature of Debtor

                                                              _____
                                                              Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Creative Development Associates, LLP** | **Describe Property Securing Debt:**<br>**Investment property 15 Ward Street, Woonsocket, RI** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Domenic Lombardi Realty, Inc.** | **Describe Property Securing Debt:**<br>**Investment property 102 - 104 Rosedale, Providence, RI.** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Domenic Lombardi Realty, Inc.** | **Describe Property Securing Debt:**<br>**Investment property 279 Laurel Hill, Providence, RI** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___**1**___ of ___**4**___

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Everhome Mortgage Co** | **Describe Property Securing Debt:**<br>**Residence at: Marissa Circle** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **negotiate with creditor** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Freedom National Bank** | **Describe Property Securing Debt:**<br>**Investment property 78 Vanderwater St., Providence, RI** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **negotiate with creditor** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Pnc Bank, Na- Visa** | **Describe Property Securing Debt:**<br>**Residence at: Marissa Circle** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **negotiate with creditor** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

### *(Continuation Sheet)*

## PART A – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Rockland Trust Company** | **Describe Property Securing Debt:**<br>**Residence at: Marissa Circle** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Avoid lien using 11 U.S.C. § 522(f)** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Rockland Trust Company** | **Describe Property Securing Debt:**<br>**Residence at: Marissa Circle** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Avoid lien using 11 U.S.C. § 522(f)** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Rockland Trust Company** | **Describe Property Securing Debt:**<br>**Residence at: Marissa Circle** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Avoid lien using 11 U.S.C. § 522(f)** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___**3**___ of ___**4**___

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Sun Trust Mortgage** | **Describe Property Securing Debt:**<br>**Investment property 242-246 Burnside Avenue, Woonsocket** |

Property will be (*check one*):
☑ Surrendered   ☐ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (*check one*):
☐ Surrendered   ☐ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (*check one*):
☐ Surrendered   ☐ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**4**__ of ___**4**__

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Rhode Island

IN RE:                                                            Case No. **1:12-bk-11976**

**Homsey, George  Jr.**

<div style="text-align:center">Debtor(s)</div>                   Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................. $ **300.00/hr**

    Prior to the filing of this statement I have received ........................................................ $ **8,450.00**

    Balance Due ................................................................................ $ _____

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **The initial fee paid is not a flat fee, as post-petition services may exceed the initial fee.  If any part of the initial fee is unpaid prior to filing, the unpaid portion shall apply to the post-petition services. Audits and Loss Mitigation is additional.**

<div style="text-align:center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 25, 2012** | **/s/ Russell D. Raskin** |
| Date | Russell D. Raskin 1880 |
| | Raskin |
| | & Berman |
| | 116 East Manning St |
| | Providence, RI  02906 |
| | (401) 421-1363  Fax: (401) 272-4467 |
| | mail@raskinberman.com |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only